IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN EUGENE LANCASTER, #224246, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:20-CV-196-RAH |
| ) | |
| REGINALD KINCEY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On May 6, 2020, the Magistrate Judge entered a Recommendation (Doc. 4) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to file necessary financial information as ordered by this court.

A separate Final Judgment will be entered.

DONE, this 8th day of June, 2020.

                                           /s/ R. Austin Huffaker, Jr.
                                      R. AUSTIN HUFFAKER, JR.
                                      UNITED STATES DISTRICT JUDGE